# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAPAG-LLOYD (AMERICA), LLC, as agent for HAPAG-LLOYD AKTIENGESELLSCHAFT, HAMBURG, | : Civil Action No. |
| Plaintiff, | : |
| vs. | : |
| INDORAMA VENTURES ALPHAPET HOLDINGS, INC., | : **COMPLAINT IN ADMIRALTY** |
| Defendant. | : |

## COMLAINT IN ADMIRALTY

Plaintiff, Hapag-Lloyd (America), LLC, as agent for Hapag-Lloyd Aktiengesellschaft, Hamburg ("Plaintiff" or "Hapag-Lloyd"), having an office in the United States at 1515 Spalding Drive, Peachtree Corners, GA 30092, by its attorneys, Hogan McDaniel and Price Meese Shulman & D'Arminio, P.C., by way of Complaint against Defendant, Indorama Ventures Alphapet Holdings, Inc. ("Defendant" or "Indorama"), having its principal place of business at 1301 Finley Island Road, Decatur, AL 35601, avers as follows:

## JURISDICTION

1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1333. This matter arises under the laws of the United States, in particular, The Shipping Act of 1984 (as amended), 46 U.S.C. § 40101 et seq. (hereinafter "the Shipping Act"), and involves contract(s) within the jurisdiction of this Court or claims pendent or ancillary to the same. This is an admiralty and maritime claim.

1

## FIRST COUNT
### (For Money due Under Tariff & Service Contracts)

2. Hapag-Lloyd is a common carrier by water, *inter alia*, in the interstate and foreign commerce of the United States as defined in the Shipping Act and was such a common carrier for the benefit of Defendant.

3. Defendant is and was at all times herein mentioned, a natural person, firm, association, organization, partnership, corporation, business, trust, or public entity, with its principal place of business or residence in this district and is and was a legal entity capable of being sued.

4. Venue is proper in this judicial district because Defendant resides, is domiciled and/or does business in the district, since Defendant is a Delaware corporation.

5. Hapag-Lloyd has filed a schedule of its rates and charges and service contracts for the carriage of cargo, wharfage and dockage detention and demurrage with the Federal Maritime Commission or has otherwise maintained said rates, charges, tariffs or service contracts pursuant to the Shipping Act. Pursuant to the Shipping Act, Hapag-Lloyd is prohibited from transporting cargo for a lesser rate than that specified in its tariffs or service contracts. The Shipping Act also prohibits Defendant from obtaining transportation or attempting to obtain transportation of cargo at lesser rates.

6. Hapag-Lloyd transported cargo for the benefit of Defendant during 2020-2023 in the foreign commerce of the United States in the course and scope of Defendant's operations. Such transportation and services provided are evidenced by Hapag-Lloyd's service contracts, bills of lading and/or freight bills, invoices, credit agreements and freight guarantees, the terms of which are incorporated herein through this reference. Hapag-Lloyd has fully performed its tariff obligations. A summary of the relevant bills of lading and invoices is attached hereto as Exhibit "A" and made a part hereof.

7. Hapag-Lloyd has demanded that Defendant pay the full amount due of $605,987.26.

8. Defendant has knowingly and willfully failed and refused to pay Hapag-Lloyd the full amount due.

9. Consequently, Defendant is liable to Hapag-Lloyd in the amount of $605,987.26, plus reasonable attorney fees and interest thereon.

## SECOND COUNT
### (Breach of Written Contract)

10. Hapag-Lloyd restates and re-alleges the allegations contained in paragraphs 1 through 9 of the Complaint as if fully set forth herein.

11. Said transportation was performed pursuant to written contract(s) of carriage and/or service contracts between Hapag-Lloyd and Defendant, as evidenced by said bills of lading and/or invoices listed in Exhibit "A."

12. Hapag-Lloyd has fully performed its obligations under said contracts except those obligations, if any, which Hapag-Lloyd was excused from performing.

13. Hapag-Lloyd has demanded that Defendant pay the amount due under said contracts and the Defendant has refused to pay thereon.

14. Consequently, Defendant is liable to Hapag-Lloyd in the amount of $605,987.26, plus reasonable attorney fees and interest thereon.

## THIRD COUNT
### (Unjust Enrichment)

15. Hapag-Lloyd restates and re-alleges the allegations contained in paragraphs 1 through 14 of the Complaint as if fully set forth herein.

16. Defendant has been unjustly enriched by failing to pay the ocean freight, demurrage and/or detention charges in an amount not less than $605,987.26.

## FOURTH COUNT
### (Quantum Meruit)

17.  Hapag-Lloyd restates and re-alleges the allegations contained in paragraphs 1 through 16 of the Complaint as if fully set forth herein.

18.  The fair value of the ocean cargo carriage and/or detention and/or demurrage services provided by Hapag-Lloyd to Defendant is not less than $605,987.26.

## FIFTH COUNT
### (Account Stated)

19.  Hapag-Lloyd restates and re-alleges the allegations contained in paragraphs 1 through 18 of the Complaint as if fully set forth herein.

20.  Hapag-Lloyd issued the subject bills of lading on behalf of Defendant as shipper or consignee as evidenced by said bills of lading and/or invoices listed in Exhibit "A."

21.  Based on the account stated, Hapag-Lloyd has been damaged in an amount not less than $605,987.26.

## SIXTH COUNT
### (Attorney Fees)

22.  Hapag-Lloyd restates and re-alleges the allegations contained in paragraphs 1 through 21 of the Complaint as if fully set forth herein.

23.  Based on the contract of carriage, Defendant is liable to Hapag-Lloyd for reasonable attorney fees and expenses incurred in collecting any sums due to Hapag-Lloyd.

**WHEREFORE**, Plaintiffs demand judgment against Defendant in an amount not less than $605,987.26, plus interest, court costs, attorney fees and such other relief as the court deems just and equitable.

Dated: September 18, 2023
Wilmington, Delaware

        **HOGAN MCDANIEL**

        */s/ Daniel C. Kerrick*
        Daniel C. Kerrick, Esq. (DE Bar ID # 5027)
        1311 Delaware Avenue
        Wilmington, DE 19806
        Tel:   (302) 656-7540
        Fax:   (302) 656-7599
        dckerrick@dkhogan.com

        and

        **PRICE MEESE SHULMAN & D'ARMINIO, P.C.**
        */s/ Rick A. Steinberg*
        Rick A. Steinberg, Esq.
        50 Tice Boulevard, Suite 380
        Woodcliff Lake, NJ 07677
        Tel. (201) 391-3737
        Fax (201) 391-9360
        Rick A. Steinberg, Esq.
        rsteinberg@pricemeese.com

        (*Pro Hac Vice Admission Pending*)

        Attorneys for Plaintiff,
        Hapag-Lloyd (America), LLC, as agent for
        Hapag-Lloyd Aktiengesellschaft, Hamburg