# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HAPAG-LLOYD (AMERICA), LLC, as agent for HAPAG-LLOYD AKTIENGESELLSCHAFT, HAMBURG, | : : : : : | Civil Action No. |
| Plaintiff, | : : | |
| vs. | : : | |
| INDORAMA VENTURES ALPHAPET HOLDINGS, INC., | : : : | **RULE 7.1 CORPORATE** |
| Defendant. | : : | **DISCLOSURE STATEMENT** |

Plaintiff, Hapag-Lloyd (America), LLC, as agent for Hapag-Lloyd Aktiengesellschaft, Hamburg ("Plaintiff" or "Hapag-Lloyd"), by its attorneys, Hogan McDaniel and Price Meese Shulman & D'Arminio, P.C., submits this Disclosure Statement, pursuant to FRCP 7.1.

Plaintiff, Hapag-Lloyd (America), LLC, is a subsidiary of Hapag-Lloyd Aktiengesellschaft, Hamburg, which is a German corporation.

Dated: September 18, 2023
Wilmington, Delaware

**HOGAN MCDANIEL**

*/s/ Daniel C. Kerrick*
Daniel C. Kerrick, Esq. (DE Bar ID # 5027)
1311 Delaware Avenue
Wilmington, DE 19806
Tel:    (302) 656-7540
Fax:    (302) 656-7599
dckerrick@dkhogan.com

and

**PRICE MEESE SHULMAN & D'ARMINIO, P.C.**
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ 07677

1

Tel. (201) 391-3737
Fax (201) 391-9360
Rick A. Steinberg, Esq.
rsteinberg@pricemeese.com

(*Pro Hac Vice Admission Pending*)

Attorneys for Plaintiff,
Hapag-Lloyd (America), LLC, as agent for
Hapag-Lloyd Aktiengesellschaft, Hamburg